IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARNELL WILLIAMS, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 05-0014-CG-M |
| DARIEN ABRAMS, et al., | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED without prejudice.

The Clerk is DIRECTED to send to the Commissioner of the Alabama Department of Corrections a copy of the Report and Recommendation recommending the dismissal of this action, of this Order adopting the Report and Recommendation, and of the Judgment dismissing this action.

DONE this 14th day of December, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE