IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DARNELL WILLIAMS,** | : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION 05-0014-CG-M |
| **DARIEN ABRAMS, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** without prejudice.

**DONE** this 14th day of December, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE